# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D19-1295

_____

WILLIE WATTS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Escambia County.
Stephen A. Pitre, Judge.

May 7, 2019

PER CURIAM.

DISMISSED.

MAKAR, OSTERHAUS, and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Amanda Edge and Richard G. Currey, Assistant Regional Conflict Counsel, Pensacola, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.